**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, <br><br>   Plaintiffs, <br><br>  v. <br><br>SOWOOD ALPHA FUND LP, *et al.*, <br><br>   Defendants. | C.A. No. 1:11-cv-00618-GMS |

**NOTICE OF ENTRY OF APPEARANCE OF KURT F. GWYNNE, ESQ., BRIAN M. ROSTOCKI, ESQ., AND REED SMITH LLP**

  PLEASE TAKE NOTICE that Kurt F. Gwynne, Brian M. Rostocki, and Reed Smith LLP hereby enter their appearance on behalf of defendant Jefferies & Company, Inc. in the above-captioned proceeding.

Dated:  September 22, 2011        REED SMITH LLP

                      */s/ Brian M. Rostocki*
                      Kurt F. Gwynne (No. 3951)
                      Brian M. Rostocki (No. 5059)
                      1201 Market Street, Suite 1500
                      Wilmington, DE 19801
                      Telephone:  (302) 778-7500
                      Facsimile:  (302) 778-7575
                      kgwynne@reedsmith.com
                      brostocki@reedsmith.com

                      *Counsel for Jefferies & Company, Inc.*

**CERTIFICATE OF SERVICE**

  I, Brian M. Rostocki, Esquire, hereby certify that on September 22, 2011, I caused a true and correct copy of the foregoing *Notice of Entry of Appearance of Kurt F. Gwynne, Brian M. Rostocki, and Reed Smith LLP* to be served electronically upon all counsel of record registered with the CM/ECF System for the United States District Court for the District of Delaware in the foregoing case.

Dated: September 22, 2011

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Fax: (302) 778-7575
brostocki@reedsmith.com

*Counsel for Jefferies & Company, Inc.*