**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | ) ) ) ) ) ) ) ) | |
| | ) | C.A, No. 1:11-cv-00618-GMS |
| Plaintiffs, | ) ) | |
| v. | ) | |
| SOWOOD ALPHA FUND LP, *et al*., | ) ) | |
| Defendants. | ) | |

## DEFENDANT JEFFERIES & COMPANY, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant Jefferies & Company, Inc. certify that Jefferies & Company, Inc. is a wholly-owned subsidiary of Jefferies Group, Inc., a publicly-held corporation.  No other publicly-held corporation owns 10% or more of its stock.

Dated:  September 22, 2011

REED SMITH LLP

*/s/ Brian M. Rostocki*
Kurt F. Gwynne (No. 3951)
Brian M. Rostocki (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
kgwynne@reedsmith.com
brostocki@reedsmith.com

OF COUNSEL:

PROSKAUER ROSE LLP
Stephen L. Ratner
Harry Frischer
Daniel P. Goldberger
David S. Mordkoff
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Jefferies & Company, Inc.*

## CERTIFICATE OF SERVICE

I, Brian M. Rostocki, Esquire, hereby certify that on September 22, 2011, I caused a true and correct copy of the foregoing *Defendant Jefferies & Company, Inc.'s Rule 7.1 Statemen*t to be served electronically upon all counsel of record registered with the CM/ECF System for the United States District Court for the District of Delaware in the foregoing case.

Dated: September 22, 2011

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 778-7500
Fax:  (302) 778-7575
brostocki@reedsmith.com

*Counsel for Jefferies & Company, Inc.*