**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al*.,<br><br>Defendants. | ) | C.A. No. 1:11-cv-00618-GMS |

**NOTICE OF ENTRY OF APPEARANCE OF KURT F. GWYNNE, ESQ., BRIAN M. ROSTOCKI, ESQ., AND REED SMITH LLP**

PLEASE TAKE NOTICE that Kurt F. Gwynne, Brian M. Rostocki, and Reed Smith LLP hereby enter their appearance on behalf of defendant The Bank of New York Mellon, in its capacity as Trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan (formerly known as the Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan and incorrectly named in the Complaint as Mellon Bank N.A. Emp Benefit Collective Investment Plan) in the above-captioned proceeding.

Dated: September 22, 2011

REED SMITH LLP

*/s/ Brian M. Rostocki*

Kurt F. Gwynne (No. 3951)
Brian M. Rostocki (No. 5059)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
kgwynne@reedsmith.com
brostocki@reedsmith.com

*Counsel for The Bank of New York Mellon in its capacity as Trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan*

**CERTIFICATE OF SERVICE**

I, Brian M. Rostocki, Esquire, hereby certify that on September 22, 2011, I caused a true and correct copy of the foregoing *Notice of Entry of Appearance of Kurt F. Gwynne, Brian M. Rostocki, and Reed Smith LLP* to be served electronically upon all counsel of record registered with the CM/ECF System for the United States District Court for the District of Delaware in the foregoing case.

Dated: September 22, 2011

*/s/ Brian M. Rostocki*

Brian M. Rostocki (No. 4599)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Fax: (302) 778-7575
brostocki@reedsmith.com

*Counsel for The Bank of New York Mellon in its capacity as Trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan*