**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DEUTSCHE BANK TRUST COMPANY AMERICAS,  )
in its capacity as successor indenture trustee for certain  )
series of Senior Notes, LAW DEBENTURE TRUST  )
COMPANY OF NEW YORK, in its capacity as  )
successor indenture trustee for certain series of Senior  )
Notes, and WILMINGTON TRUST COMPANY, in its  )
capacity as successor indenture trustee for the PHONES  )    C.A, No. 1:11-cv-00618-GMS
Notes,  )
                                                           )
                    Plaintiffs,  )
                                                           )
         v.  )
                                                           )
SOWOOD ALPHA FUND LP, *et al*.,  )
                                                           )
                    Defendants.  )

**DEFENDANT THE BANK OF NEW YORK MELLON IN ITS CAPACITY AS
TRUSTEE OF THE BANK OF NEW YORK MELLON EMPLOYEE BENEFIT
COLLECTIVE INVESTMENT FUND PLAN'S RULE 7.1 STATEMENT**


Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned

attorneys of record for defendant The Bank of New York Mellon, in its capacity as Trustee of

The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan (formerly

known as the Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan and

incorrectly named in the Complaint as Mellon Bank N.A. Emp Benefit Collective Investment

Plan) certify that  The Bank of New York Mellon Employee Benefit Collective Investment Fund

Plan (formerly known as the Mellon Bank, N.A. Employee Benefit Collective Investment Fund

Plan) has no corporate parent and no publicly-held corporation owns 10% or more of its stock.

- 2 -

Dated:  September 22, 2011

REED SMITH LLP

*/s/ Brian M. Rostocki*
Kurt F. Gwynne (No. 3951)
Brian M. Rostocki (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
kgwynne@reedsmith.com
brostocki@reedsmith.com

OF COUNSEL:

PROSKAUER ROSE LLP
Stephen L. Ratner
Harry Frischer
Daniel P. Goldberger
David S. Mordkoff
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Counsel for The Bank of New York Mellon*
*in its capacity as Trustee of The Bank of*
*New York Mellon Employee Benefit*
*Collective Investment Fund Plan*

## CERTIFICATE OF SERVICE

I, Brian M. Rostocki, Esquire, hereby certify that on September 22, 2011, I caused a true

and correct copy of the foregoing *Defendant The Bank of New York Mellon in its capacity as*

*Trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan's*

*Rule 7.1 Statemen*t to be served electronically upon all counsel of record registered with the

CM/ECF System for the United States District Court for the District of Delaware in the

foregoing case.

Dated: September 22, 2011

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 778-7500
Fax:  (302) 778-7575
brostocki@reedsmith.com

*Counsel for The Bank of New York Mellon*
*in its capacity as Trustee of The Bank of*
*New York Mellon Employee Benefit*
*Collective Investment Fund Plan*