IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>Defendants. | C.A. No. 11-618 GMS |

**STIPULATION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

WHEREAS, on September 13, 2011, defendant Janney Montgomery Scott LLC ("JMS") filed a motion to dismiss the complaint against it (the "Motion," D.I. 52) and opening brief in support thereof (D.I. 53); and

WHEREAS Plaintiffs requested, and JMS agreed to, an extension of the deadline for Plaintiffs to file an answering brief so that the parties may have time to discuss consensually resolving the Motion without the need for further briefing;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Plaintiffs' answering brief in opposition to the Motion shall be filed on or before October 14, 2011; and

2. JMS' reply brief in further support of the Motion shall be filed on or before November 4, 2011.

{00556035;v1}

| ASHBY & GEDDES | PEPPER HAMILTON LLP |
|---|---|
| */s/Andrew D. Cordo* | */s/Albert H. Manwaring, IV* |
| Philip Trainer, Jr. (#2788) | Albert H. Manwaring, IV (#4339) |
| Andrew D. Cordo (#4534) | James H. S. Levine (#5355) |
| F. Troupe Mickler IV (#5361) | Hercules Plaza, Suite 5100 |
| 500 Delaware Avenue, 8th Floor | 1313 N. Market Street, P.O. Box 1709 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Telephone: (302) 777-6500 |
| (302) 654-1888 | Facsimile: (302) 421-8390 |
| acordo@ashby-geddes.com | manwaringa@pepperlaw.com |
| tmickler@ashby-geddes.com | levinejh@pepperlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Janney Montgomery Scott LLC* |
| Dated: September 22, 2011 | Dated: September 22, 2011 |

It is **SO ORDERED.**

Dated: _____, 2011

_____
Gregory M. Sleet
Chief United States District Judge