## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, *et al.*, <br><br> Defendants. | C.A. No. 11-618 GMS |

## STIPULATION AND PROPOSED ORDER TO
## EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS Plaintiffs have filed a motion seeking a stay this action pending further order of this Court or of the United States Bankruptcy Court for the District of Delaware; and

WHEREAS Defendant Jefferies & Company, Inc. ("Jefferies") has requested, and Plaintiffs have agreed to, an extension of the time for Jefferies to answer, move, or otherwise respond to the Complaint filed in the above-captioned action;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Jefferies' time to answer, move or otherwise respond to the Complaint is extended to November 21, 2011, unless the Court orders otherwise and subject to any stay of the proceedings then in effect;

2. Service of the summons and Complaint in the above-captioned action is accepted on behalf of Jefferies as of the date of this stipulation;

3. Plaintiffs and Jefferies agree that, by entering into this stipulation, Jefferies does not waive any defenses or rights provided by statute or common law, including, but not limited

to, any and all defenses based on personal jurisdiction or any other rights or defenses provided by the Federal Rules of Civil Procedure (the "Rules"); provided, however, that Jefferies waives any defenses based upon insufficient service of the Summons and Complaint under Rule 4 of the Rules; and

4.  This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Superior Court of the State of Delaware, New Castle County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court.

| | |
|---|---|
| ASHBY & GEDDES | REED SMITH |
| */s/ F. Troup Mickler IV* | */s/ Brian M. Rostocki* |
| Philip Trainer, Jr. (#2788) | Kurt F. Gwynne (#3951) |
| Andrew D. Cordo (#4534) | Brian M. Rostocki (#4599) |
| F. Troupe Mickler IV (#5361) | 1201 Market Street |
| 500 Delaware Avenue, 8th Floor | Suite 1500 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 778-7500 |
| (302) 654-1888 | |
| -and- | -and- |
| AKIN GUMP STRAUSS HAUER & FELD LLP | PROSKAUER ROSE LLP |
| | Stephen L. Ratner |
| James P. Chou | Harry Frischer |
| One Bryant Park | David S. Mordkoff |
| New York, NY 10036 | Eleven Times Square |
| (212) 872-1000 | New York, NY 10036 |
| | (212) 969-3000 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant Jeffries & Company, Inc.* |
| Dated: September 22, 2011 | |
| | Dated: September 22, 2011 |

It is **SO ORDERED.**

Dated: _____, 2011                    _____
                                                                              Gregory M. Sleet
                                                                              Chief United States District Judge