**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, *et al.*, <br><br> Defendants. | C.A. No. 11-618 GMS |

**WITHDRAWAL OF
STIPULATION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS Defendants State Street Global Advisors, Inc.; State Street Bank and Trust Company; State Street Global Advisors (Japan) Co., Ltd.; and U.S. Bancorp Investments, Inc. (together, the "Stipulating Defendants") requested, and Plaintiffs agreed to, an extension of the time for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint;

WHEREAS a stipulation and proposed order to that effect was filed on September 22, 2011 (the "Stipulation") (D.I. 71);

WHEREAS the Stipulation is unnecessary in light of the Court's order granting a stay of this action (D.I. 70);

NOW, THEREFORE, the Stipulation is WITHDRAWN.

| | |
|---|---|
| MILBANK, TWEED, HADLEY & McCLOY LLP | ASHBY & GEDDES |
| /s/Alan J. Stone | /s/Andrew D. Cordo |
| _____ | _____ |
| Alan J. Stone (DE Bar #2677) <br> 1 Chase Manhattan Plaza <br> New York, NY 10005-1413 | Philip Trainer, Jr. (DE Bar #2788) <br> Andrew D. Cordo (DE Bar #4534) <br> F. Troupe Mickler IV (DE Bar #5361) |

{00556750;v1}

| | |
|---|---|
| Tel.:  (212) 530-5000<br>Fax:  (212) 530-5219<br>astone@milbank.com<br><br>*Counsel for Stipulating Defendants* | 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>Tel.:  (302) 654-1888<br>Fax:  (302) 654-2067<br>ptrainer@ashby-geddes.com<br>acordo@ashby-geddes.com<br>tmickler@ashby-geddes.com<br><br>*Counsel for Plaintiffs* |

Dated: September 26, 2011