**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　　- against -<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>　　　　　　　　　　Defendants. | 11 Civ. 618 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby appears as counsel of record for defendant State Street Bank and Trust Company on behalf of named defendants Andrew Letts and Lisa Higgins.

**PLEASE TAKE FURTHER NOTICE** that, as the Complaint in this matter makes reference to various entities that are as yet unrepresented and whose names contain the words "State Street," Milbank hereby appears as counsel of record for Defendant State Street Bank and Trust Company on behalf of any and all such entities that exist, are properly named as defendants herein, are not otherwise represented by counsel, and are funds of which State Street Bank and Trust Company is the trustee.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned defendants hereby request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1 Chase Manhattan Plaza, 46th Floor
> New York, New York 10005
> Telephone: (212) 530-5285
> Facsimile: (212) 822-5285
> Attn:　Alan J. Stone, Esq., astone@milbank.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any defense or objection,

including but not limited to lack of jurisdiction and/or improper process and/or service of process.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any entity either in this case or in any other action, are expressly reserved.

Dated: New York, New York
       September 26, 2011

                              MILBANK, TWEED, HADLEY & McCLOY LLP

                              By: /s/ Alan J. Stone
                              Alan J. Stone
                              1 Chase Manhattan Plaza
                              New York, NY  10005-1413
                              Telephone:   (212) 530-5000
                              Facsimile:   (212) 530-5219

                              *Counsel for Defendant State Street Bank and Trust Company*