IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>      Defendants. | C.A. No. 11-618 GMS |

NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.7, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby withdraws its appearance, and Robert J. Lack, Hal Neier and Amy C. Brown of Friedman Kaplan Seiler & Adelman LLP, 7 Times Square New York, NY 10036, hereby enter their appearance as attorneys for the Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company Of New York, and Wilmington Trust Company (collectively, the "Plaintiffs") with respect to claims asserted against the following Shareholder Defendants: Absolute Alpha Fund LLP; Agile Nexus Multi Strategy Fund SPV 1, LLC; Mellon Bank N.A. Employees Benefit Collective Investment Plan; BNY Mellon Trust Of Delaware; John Doe, As Trustee Of BNY Mellon Trust Of Delaware; Symetra Financial Corporation; John Doe, As Owner Of Vanguard Bal Index Equity; John Doe, As Owner Of Vanguard Consumer Discretionary Index Fund; John Doe, As Owner Of Vanguard FTSE Social Index Fund; John Doe, As Owner Of Vanguard Group A/C Xxxx8-00-K/Instl Index; John Doe, As Owner Of Vanguard Growth & Income Fund; John Doe, As Owner Of Vanguard High Dividend Yield Index Fund; John Doe, As Owner Of Vanguard Index 500 Fund;

{00558164;v1}

John Doe, As Owner Of Vanguard Institutional Total Stock Market Index Fund; John Doe, As Owner Of Vanguard Large Cap Index Fund; John Doe, As Owner Of Vanguard Mid-Cap Index Fund; John Doe, As Owner Of Vanguard Mid-Cap Value Index Fund; John Doe, As Owner Of Vanguard Structured Large-Cap Equity Fund; John Doe, As Owner Of Vanguard Tax Managed Growth & Income Fund; John Doe, As Owner Of Vanguard Total Stock Market Index Fund; John Doe, As Owner Of Vanguard Value Index Fund; John Doe, As Owner Of Vanguard VVIF Equity Fund Index; John Doe, As Owner Of Vanguard VVIF Equity Income VGI; John Doe, As Owner Of Vanguard VVIF-Mid-Cap Index Fund; John Doe, As Owner Of Windsor II Vanguard; The Vanguard Group, Inc.; The Vanguard Group Ltd.; Vanguard Asset Allocation Fund, Inc; Vanguard Balanced Index Fund, Inc.; Vanguard Equity Income Fund, Inc.; Vanguard Fenway Funds; Vanguard Fiduciary Trust Company; Vanguard Index Funds; Vanguard Institutional Index Fund; Vanguard Institutional Index Funds; Vanguard Malvern Funds; Vanguard Quantitative Funds; Vanguard Tax-Managed Funds; Vanguard Valley Forge Funds; Vanguard Variable Insurance Funds; Vanguard Whitehall Funds; Vanguard Windsor Funds; and Vanguard World Fund;

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Rule 83.7, Akin Gump hereby withdraws its appearance, and David S. Rosner, Sheron Korpus, Christine A. Montenegro and Matthew B. Stein, of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, hereby enter their appearance as attorneys for the Plaintiffs, with respect to claims asserted against Shareholder Defendants: Agoralogos, LLC; and John Doe, As Owner Of TMS/ITS Settlement Account For Agoralogos;

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Rule 83.7, Akin Gump hereby withdraws its appearance, and Joseph Aronauer of Aronauer, Re & Yudell, LLP,

444 Madison Avenue, New York, NY 10022 hereby enters his appearance as Attorneys for the Plaintiffs, with respect to claims asserted against Shareholder Defendant John Doe, As Owner Of Imperial U.S. Equity Pool;

PLEASE TAKE FURTHER NOTICE THAT Akin Gump remains attorneys for the Plaintiffs with respect to claims asserted against Shareholder Defendants except those listed in the preceding paragraphs; and

PLEASE TAKE FURTHER NOTICE THAT Ashby & Geddes, P.A. remains Delaware counsel for the Plaintiffs with respect to all claims asserted against all Shareholder Defendants in this action.

            ASHBY & GEDDES

            */s/Andrew D. Cordo*

            Philip Trainer, Jr. (DE #2788)
            Andrew D. Cordo (DE #4534)
            F. Troupe Mickler IV (DE #5361)
            500 Delaware Avenue, 8th Floor
            P.O. Box 1150
            Wilmington, DE 19899-1150
            Tel: (302) 654-1888
            Fax: (302) 654-2067

            *Attorneys for Plaintiffs*

Dated: September 28, 2011