## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.<br><br>     Plaintiffs,<br><br>  v.<br><br>SOWOOD ALPHA FUND LP, et al.,<br><br>     Defendants. | C.A. No. 11-618 GMS |

### ENTRY OF APPEARANCE

  Please enter our appearance as attorneys for defendant Ronin Capital, LLC, in the above-captioned case.

                CONNOLLY BOVE LODGE & HUTZ LLP

OF COUNSEL:          /s/ Henry E. Gallagher, Jr.
                Henry E. Gallagher, Jr. (#495)
Gary M. Miller          Ryan P. Newell (#4744)
Maile H. Solis          1007 N. Orange Street
GRIPPO & ELDEN LLC      P.O. Box 2207
111 South Wacker Drive      Wilmington, DE  19899
Chicago, IL 60606        Tel:  (302) 658-9141
Telephone:  (312) 704-7700
Facsimile:  (312) 558-1195     *Attorneys for Defendant Ronin Capital LLC*

Dated:  September 30, 2011

4490718_1.DOC

**CERTIFICATE OF SERVICE**

     I certify that on September 30, 2011, I caused a true and correct copy of the foregoing *Entry of Appearance* to be served electronically upon all counsel of record registered with the CM/ECF System for the United States District Court for the District of Delaware in the foregoing case.

                                            /s/ Henry E. Gallagher, Jr.
                                            Henry E. Gallagher, Jr. (#495)