IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 11-618 (GMS) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joseph Grey of Cross & Simon, LLC, hereby enters his appearance as counsel on behalf of Defendant, The Henry Francis DuPont Winterthur Museum, Inc., in the above-entitled action, without prejudice to any defenses which said Defendant may have with respect to the Plaintiffs' claims.

Dated: September 30, 2011

CROSS & SIMON, LLC

_____
Joseph Grey (No. 2358)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
(302) 777-4224 (facsimile)
jgrey@crosslaw.com
*Attorney for Defendant, The Henry Francis DuPont Winterthur Museum, Inc.*