IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>SOWOOD ALPHA FUND LP, et al.,<br><br>      Defendants. | Civil Action No. 11-618 (GMS) |

**DEFENDANT THE HENRY FRANCIS DUPONT WINTERTHUR MUSEUM, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, The Henry Francis DuPont Winterthur Museum, Inc., discloses that it is not a publicly held corporation, that it is a non-profit, non-stock corporation and therefore no corporation holds 10% or more of its stock.

Dated: September 30, 2011

**CROSS & SIMON, LLC**

_____
Joseph Grey (No. 2358)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
(302) 777-4224 (facsimile)
jgrey@crosslaw.com
*Attorney for Defendant, The Henry Francis DuPont Winterthur Museum, Inc.*