# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:11-cv-00618-GMS |
| v. | ) ) | |
| SOWOOD ALPHA FUND LP, et al., | ) ) | |
| Defendants. | ) | |

## DEFENDANT RONIN CAPITAL, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Ronin Capital, LLC hereby discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests.

                                                          CONNOLLY BOVE LODGE & HUTZ LLP

| | |
|---|---|
| OF COUNSEL: | /s/ Henry E. Gallagher, Jr. |
| | Henry E. Gallagher, Jr. (#495) |
| Gary M. Miller | Ryan P. Newell (#4744) |
| Maile H. Solís | 1007 N. Orange Street |
| Grippo & Elden LLC | P.O. Box 2207 |
| 111 South Wacker Drive | Wilmington, DE 19899 |
| Chicago, IL 60606 | Tel: (302) 658-9141 |
| Telephone: (312) 704-7700 | |
| Facsimile: (312) 558-1195 | *Attorneys for Defendant Ronin Capital LLC* |

Dated: September 30, 2011

4490718_1.DOC

## **CERTIFICATE OF SERVICE**

      I certify that on September 30, 2011, I caused a true and correct copy of the foregoing *Entry of Appearance* to be served electronically upon all counsel of record registered with the CM/ECF System for the United States District Court for the District of Delaware in the foregoing case.

/s/ Henry E. Gallagher, Jr.  
Henry E. Gallagher, Jr. (#495)
