IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-618-GMS |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that Stevens & Lee, P. C. and K&L Gates LLP, by counsel identified below, hereby enter their appearances in this action for Duke Energy Corporation, and request that all pleadings, papers and other items in this matter be served upon them at the addresses below:

Kiran H. Mehta
E-mail: kiran.mehta@klgates.com
John R. Gardner
E-mail: john.gardner@klgates.com
K&L Gates LLP
Hearst Tower
214 N. Tryon Street, Suite 4700
Charlotte, NC 28202

John D. Demmy
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
E-mail: jdd@stevenslee.com

| | |
|---|---|
| Dated: October 4, 2011 | STEVENS & LEE, P.C. |//s/ *John D. Demmy*

                              /s/ *John D. Demmy*
                              John D. Demmy (DE Bar No. 2802)
                              1105 North Market Street, 7th Floor
                              Wilmington, Delaware 19801
                              Tel: (302) 425-3308
                              Fax: (610) 371-8515
                              E-mail: jdd@stevenslee.com

                              -and-

                              Kiran H. Mehta
                              E-mail: kiran.mehta@klgates.com
                              John R. Gardner
                              E-mail: john.gardner@klgates.com
                              K&L Gates LLP
                              4350 Lassiter at North Hills Avenue, Suite 300
                              Raleigh, NC 27619

                              *Counsel for Duke Energy Corporation*