IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, *et al.*, including JUDITH FARRAR MAHAFFIE <br><br> Defendants | C.A. No. 11-618-GMS |

## ENTRY OF APPEARANCE

COMES NOW, Peter J. Duhig of BUCHANAN INGERSOLL & ROONEY, P.C., 1105 North Market Street, Wilmington, DE, counsel for Defendant, Judith Farrar Mahaffie, and hereby enters his appearances as counsel of record the above-referenced case. Said counsel requests that he be served electronically with copies of any and all pleadings, notices and other documents hereafter involved in this proceeding.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, P.C.

By: \_\_\_\_/s/_____
Peter J. Duhig Bar Number 4024
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1054
(302) 552-4249
(302) 552-4295 (fax)
Counsel for JUDITH FARRAR MAHAFFIE

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel.

/s/ 
Peter J. Duhig

Washington/872093