Format for Pro Hac Vice Motion (Rev. 7/09)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEUTSCHE BANK TRUST COMPANY )
v. ) Civil Action No. 11-618 GMS
SOWOOD ALPHA FUND, LP, et al. )
Including Judith Farrar Mahaffie

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John H. Korns to represent Judith Farrar Mahaffie in this matter.

Signed: _____
Peter J. Duhig, Bar No. 4024
1105 North Market Street, #1900, Wilmington, DE 19801
(302) 552-4249

Attorney for: Judith Farrar Mahaffie

Date: 10 4 11

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of MD, DC, VA and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: John H. Korns

Date: Oct. 3, 2011

(Applicant's Address) 1700 K Street, N.W., Suite 300, Washington, D.C. 20006