IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>        Defendants. | C.A. No. 11-618 GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kenneth S. Yudell and R. Christopher Owens to represent the Plaintiffs in this matter with respect to claims asserted against John Doe, As Owner Of Imperial U.S. Equity Pool. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $50.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ F. Troupe Mickler IV*
_____
Philip Trainer, Jr. (DE #2788)
Andrew D. Cordo (DE #4534)
F. Troupe Mickler IV (DE #5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiffs*

Dated: October 7, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>Defendants. | C.A. No. 11-618 GMS |

## ORDER

This _____ day of _____, 2011, the Court having considered the motion for the admission *pro hac vice* of Kenneth S. Yudell and R. Christopher Owens to represent the plaintiffs, Deutsche Bank Trust Company Americas, *et al.*, in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
Chief Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Kenneth S. Yudell
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue
New York, New York 10022
Tel: (212) 755-6000

Dated: 10/6/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

R. Christopher Owens
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue
New York, New York 10022
Tel: (212) 755-6000

Dated: 10/6/11