IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>Defendants. | C.A. No. 11-618 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT a copy of the Amended Complaint in this matter was caused to be served upon the following defendants in the manner and on the date indicated.

ASHBY & GEDDES

/s/ *F. Troupe Mickler IV*
_____
Philip Trainer, Jr. (DE #2788)
Andrew D. Cordo (DE #4534)
F. Troupe Mickler IV (DE #5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiffs*

Dated: October 12, 2011

{00560492;v1}

## SERVICE LIST

### Via U.S. Mail on September 29, 2011:

AGORALOGOS, LLC
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

BAXTER INTERNATIONAL, INC.
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CHARLES THURMAN
C/O BAXTER INTERNATIONAL, INC.
ONE BAXTER PARKWAY
DEERFIELD, IL 60015-4625

CHRISTIANA CARE HEALTH SERVICES
501 W. 14TH STREET
WILMINGTON, DE 19801

DAVID F. SILVER
C/O JEFFRIES & COMPANY, INC.
520 MADISON AVE., 10TH FL.
NEW YORK, NY 10022

DUKE ENERGY CORPORATION
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

EXCEL REALTY FUND, LP
CORPORATION SERVICE COMPANY
2711 CENTREVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

JASON P. SMITH
C/O PACTIV CORPORATION
1900 W. FIELD COURT
LAKE FOREST, IL 60045

PCRG, INC.
C/O INACTIVE AGENT ACCOUNT
SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL STREET, SUITE 4
DOVER, DE 19901

ROBERTSON FIVE, INC.
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

SICAV STATE STREET BANQ, PARIS
C/O STATE STREET GLOBAL ADVISORS, INC.
THE PRENTICE HALL
CORPORATION SYSTEM, INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

SSB EXCHANGE FUND
THE PRENTICE HALL
CORPORATION SYSTEM, INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

SSGA WORLD FUND
C/O STATE STREET GLOBAL ADVISORS, INC.
C/O THE PRENTICE HALL CORPORATION
SYSTEM, INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

STATE STREET GLOBAL
ADVISORS INC. BOSTON
C/O THE PRENTICE HALL
CORPORATION SYSTEM, INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

TRADEWORX ULTRA SELECT LP
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

VANGUARD TAX-MANAGED FUNDS
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

W. ROCKWELL WIRTZ
C/O WIRTZ BEVERAGE GROUP CORPORATE
680 N. LAKESHORE DR., STE. 1900
CHICAGO, IL 60611

WR CAPITAL MANAGEMENT, LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

WR CAPITAL MANAGEMENT, LP
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**Via Electronic Mail on September 30, 2011:**

ADVISORY RESEARCH, INC.
ROBERT MALLARD
DORSEY & WHITNEY LLP
300 DELAWARE AVENUE
SUITE 1010
WILMINGTON, DE 19801

AGILE NEXUS MULTI STRATEGY FUND SPV 1, LLC
MELISSA LAWTON
THOMAS, ALEXANDER & FORRESTER LLP
14 27TH AVENUE
VENICE, CA 90201

ANDREW LETTS
ALAN STONE
SARAH SULKOWSKI
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA, 46TH FLOOR
NEW YORK, NY 10005

CHARLES KEATES
VERNON R. PROCTOR
PROCTOR HEYMAN LLP
300 DELAWARE AVENUE, SUITE 200
WILMINGTON, DE 19801

CHARLES SCHWAB INVESTMENT
MANAGEMENT, INC.
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

CONAIR CORPORATION
ANDRES N. MADRID
CONAIR CORPORATION
LEGAL DEPARTMENT
ONE CUMMINGS POINT ROAD
STAMFORD, CT 06902

DANIEL BRAIDWOOD
VERNON R. PROCTOR
PROCTOR HEYMAN LLP
300 DELAWARE AVENUE, SUITE 200
WILMINGTON, DE 19801

FOUNDATION FOR ANESTHESIA
EDUCATION & RESEARCH
AMY L. BROWN
SQUIRE, SANDERS & DEMPSEY (US) LLP
1201 PENNSYLVANIA AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20004

INTECH INVESTMENT MANAGEMENT LLC
LUCA R. BRONZI
LASH & GOLDBERG LLP
MIAMI TOWER
100 SOUTHEAST 2ND STREET, SUITE 1200
MIAMI, FL 33131-2158

JANNEY MONTGOMERY SCOTT LLC
ALBERT H. MANWARING, IV
PEPPER HAMILTON LLP
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19801

JEFFERIES & COMPANY, INC.
BRIAN ROSTOCKI
DAVID MORDKOFF
REED SMITH LLP
1201 MARKET STREET - SUITE 1500
WILMINGTON, DE 19801

JESSNICK PARTNERS, L.P.
JEFFREY H. BERGMAN
UNGARETTI & HARRIS
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON - SUITE 3500
CHICAGO, IL 60602

| | |
|---|---|
| JUDITH FARRAR MAHAFFIE<br>JOHN H. KORNS<br>BUCHANAN INGERSOLL & ROONEY PC<br>1700 K STREET N.W.<br>SUITE 300<br>WASHINGTON, D.C. 20006-3807 | MAPLE PARTNERS AMERICA, INC.<br>KEN NACHBAR<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET STREET<br>WILMINGTON, DE 19801 |
| MARK CLERMONT<br>THAD BRACEGIRDLE<br>WILKS, LUKOFF AND BRACEGIRDLE LLC<br>1300 NORTH GRANT AVENUE, SUITE 100<br>WILMINGTON, DELAWARE 19806 | MER ROUGE PROPERTIES, LLC -- SERIES A<br>JOSEPH P. LOMBARDO<br>CHAPMAN & CUTLER LLP<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603-4080 |
| MERCER GLOBAL INVESTMENTS INC.<br>THAD BRACEGIRDLE<br>WILKS, LUKOFF AND BRACEGIRDLE LLC<br>1300 NORTH GRANT AVENUE, SUITE 100<br>WILMINGTON, DELAWARE 19806 | PACTIV CORPORATION<br>CHRISTOPHER VICECONTE<br>GIBBONS P.C.<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801-1058 |
| PERCEVAL INVESTMENT PARTNERS-P, L.P.<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 | PERSHING LLC<br>BRIAN ROSTOCKI<br>DAVID MORDKOFF<br>REED SMITH LLP<br>1201 MARKET STREET - SUITE 1500<br>WILMINGTON, DE 19801 |
| PETER PERUGINI<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 | PLEIADES INVESTMENT PARTNERS G, L.P.<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 |
| PROSPECTOR PARTNERS, L.L.C.<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 | PROSPECTOR SUMMIT FUND, L.P.<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| RONIN CAPITAL, LLC<br>HANK GALLAGHER<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 | SOWOOD ALPHA FUND LP<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 |
| STATE STREET GLOBAL ADVISORS<br>(JAPAN) CO., LTD.<br>ALAN STONE<br>SARAH SULKOWSKI<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA, 46TH FLOOR<br>NEW YORK, NY 10005 | STATE STREET BANK & TRUST COMPANY<br>ALAN STONE<br>SARAH SULKOWSKI<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA, 46TH FLOOR<br>NEW YORK, NY 10005 |
| STATE STREET GLOBAL ADVISORS, INC.<br>ALAN STONE<br>SARAH SULKOWSKI<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA, 46TH FLOOR<br>NEW YORK, NY 10005 | STEVENS CAPITAL MANAGEMENT LP<br>KEVIN MANGAN<br>WOMBLE CARLYLE SANDRIDGE & RICE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| SYMETRA FINANCIAL CORPORATION<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 | THE HENRY FRANCIS DUPONT<br>WINTERTHUR MUSEUM, INC.<br>JOSEPH GREY<br>CROSS & SIMON<br>913 NORTH MARKET STREET, 11TH FLOOR<br>P.O. BOX 1380<br>WILMINGTON, DE 19899 |
| THE S & P 500 INDEX EQUALLY<br>WEIGHTED FUND, L.P.<br>ROBERT MALLARD<br>DORSEY & WHITNEY LLP<br>300 DELAWARE AVENUE<br>SUITE 1010<br>WILMINGTON, DE 19801 | THE VANGUARD GROUP LTD.<br>GARY TRAYNOR<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 KING STREET<br>BOX 1328<br>WILMINGTON, DE 19899 |
| THE VANGUARD GROUP, INC.<br>GARY TRAYNOR<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 KING STREET<br>BOX 1328<br>WILMINGTON, DE 19899 | U.S. BANCORP INVESTMENTS, INC.<br>ALAN STONE<br>SARAH SULKOWSKI<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA, 46TH FLOOR<br>NEW YORK, NY 10005 |

UNITED DEFENSE LP
NANCY ROSS
MCDERMOTT WILL & EMERY
227 WEST MONROE STREET
CHICAGO, IL 60606-5096

VANGUARD FENWAY FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD INDEX FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD INSTITUTIONAL INDEX FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD MALVERN FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD VALLEY FORGE FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD VARIABLE INSURANCE FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD WHITEHALL FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD WINDSOR FUNDS
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VANGUARD WORLD FUND
GARY TRAYNOR
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET
BOX 1328
WILMINGTON, DE 19899

VERITABLE PARTNERSHIP HOLDINGS INC.
VERNON R. PROCTOR
PROCTOR HEYMAN LLP
300 DELAWARE AVENUE, SUITE 200
WILMINGTON, DE 19801

WIRTZ CORPORATION
STEVE LEECH
GOZDECKI, DEL GIUDICE, AMERICUS &
FARKAS LLP
ONE EAST WACKER
SUITE 1700
CHICAGO, IL 60601

| | |
|---|---|
| COGENT INVESTMENT STRATEGIES MASTER FUND, SPC - CLASS D<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 | MASTER FUND SPC - MADISON STREET<br>VERNON R. PROCTOR<br>PROCTOR HEYMAN LLP<br>300 DELAWARE AVENUE, SUITE 200<br>WILMINGTON, DE 19801 |