IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>        Defendants. | C.A. No. 11-618 GMS |

**STIPULATION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

WHEREAS, on September 13, 2011, defendant Janney Montgomery Scott LLC ("JMS") filed a motion to dismiss the complaint against it (the "Motion," D.I. 52) and opening brief in support thereof (D.I. 53); and

WHEREAS Plaintiffs requested, and JMS agreed to, an extension of the deadline for Plaintiffs to file an answering brief, which the Court approved (D.I. 66);

WHEREAS Plaintiffs requested, and JMS agreed to, a further extension of the deadline for Plaintiffs to file an answering brief so that the parties may discuss consensually resolving the motion;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Plaintiffs' answering brief in opposition to the Motion shall be filed on or before October 21, 2011; and

2. JMS' reply brief in further support of the Motion shall be filed on or before November 11, 2011.

{00563535;v1}

| ASHBY & GEDDES | PEPPER HAMILTON LLP |
|---|---|
| /s/   *Andrew D. Cordo*<br>Philip Trainer, Jr. (#2788)<br>Andrew D. Cordo  (#4534)<br>F. Troupe Mickler IV (#5361)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>acordo@ashby-geddes.com<br>tmickler@ashby-geddes.com | /s/   *Albert H. Manwaring, IV*<br>Albert H. Manwaring, IV (#4339)<br>James H. S. Levine (#5355)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>manwaringa@pepperlaw.com<br>levinejh@pepperlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Janney Montgomery Scott LLC* |

Dated: October 13, 2011

It is **SO ORDERED.**

Dated: _____, 2011

_____
Gregory M. Sleet
Chief United States District Judge