IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 11-618-GMS |
| v. | : : | |
| SOWOOD ALPHA FUND LP, *et al.*, | : : | |
| Defendants. | : | |

**DEFENDANTS VERITABLE PARTNERSHIP HOLDING INC.'S
<u>RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant Veritable Partnership Holding Inc. ("VPHI") certify that VPHI is a wholly-owned subsidiary of Veritable, L.P., and no publicly-held corporation owns 10% or more of VPHI's interests.

                                                PROCTOR HEYMAN LLP

                                                */s/*      *Vernon R. Proctor*
                                                Vernon R. Proctor (# 1019)
                                                E-mail: vproctor@proctorheyman.com
                                                Kurt M. Heyman (# 3054)
                                                E-mail: kheyman@proctorheyman.com
                                                Patricia L. Enerio (# 3728)
                                                E-mail: penerio@proctorheyman.com
                                                Dominick T. Gattuso (# 3630)
                                                E-mail: dgattuso@proctorheyman.com
                                                300 Delaware Avenue, Suite 200
                                                Wilmington, DE  19801
                                                (302) 472-7300
Dated: October 17, 2011                   Attorneys for Defendant Veritable Partnership Holding Inc.