IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 11-618-GMS |
| v. | : : | |
| SOWOOD ALPHA FUND LP, *et al.*, | : : | |
| Defendants. | : | |

**<u>DEFENDANT SYMETRA FINANCIAL CORPORATION'S RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant Symetra Financial Corporation ("Symetra") certify that Symetra is a publicly-traded corporation, has no parent corporation and Symetra's wholly owned subsidiaries include: Symetra Life Insurance Company, Symetra Securities, Inc., Symetra Investment Services, Inc., Symetra Administrative Services, Inc., Symetra Assigned Benefits Service Company, Medical Risk Managers, Inc., Clearscape Funding Corporation and TIF Invest III, LLC, and Berkshire Hathaway, Inc. and White Mountains Insurance Group, Ltd. each hold 10% or more of Symetra's interests.

                         PROCTOR HEYMAN LLP

                         */s/ Vernon R. Proctor*
                         Vernon R. Proctor (# 1019)
                         E-mail: vproctor@proctorheyman.com
                         Kurt M. Heyman (# 3054)
                         E-mail: kheyman@proctorheyman.com
                         Patricia L. Enerio (# 3728)
                         E-mail: penerio@proctorheyman.com
                         Dominick T. Gattuso (# 3630)
                         E-mail: dgattuso@proctorheyman.com
                         300 Delaware Avenue, Suite 200
                         Wilmington, DE  19801
                         (302) 472-7300

Dated: October 17, 2011          Attorneys for Defendant Symetra Financial Corporation