IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 11-618-GMS |
| v. | : : | |
| SOWOOD ALPHA FUND LP, *et al.*, | : : | |
| Defendants. | : | |

**DEFENDANT PLEIADES INVESTMENT PARTNERS G, L.P.'S**
**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant Pleiades Investment Partners G, L.P. ("Pleiades") certify that Pleiades has no parent, subsidiary or affiliate corporations, and no publicly-held corporation holds 10% or more of Pleiades' interests.

PROCTOR HEYMAN LLP

*/s/ Vernon R. Proctor*
Vernon R. Proctor (# 1019)
E-mail:  vproctor@proctorheyman.com
Kurt M. Heyman (# 3054)
E-mail:  kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail:  penerio@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail:  dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7300

Dated: October 17, 2011                Attorneys for Defendant Pleiades Investment
                                       Partners G, L.P.