IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 11-618-GMS |
| v. | : : | |
| SOWOOD ALPHA FUND LP, *et al.*, | : : | |
| Defendants. | : | |

**<u>DEFENDANT PROSPECTOR SUMMIT FUND LP'S RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant Prospector Summit Fund LP ("Prospector Summit") certify that Prospector Summit has no parent, subsidiary or affiliate corporations, and no publicly-held corporation holds 10% or more of and Prospector Summit's interests.

                PROCTOR HEYMAN LLP

                */s/ Vernon R. Proctor*
                Vernon R. Proctor (# 1019)
                E-mail: vproctor@proctorheyman.com
                Kurt M. Heyman (# 3054)
                E-mail: kheyman@proctorheyman.com
                Patricia L. Enerio (# 3728)
                E-mail: penerio@proctorheyman.com
                Dominick T. Gattuso (# 3630)
                E-mail: dgattuso@proctorheyman.com
                300 Delaware Avenue, Suite 200
                Wilmington, DE 19801
                (302) 472-7300

Dated: October 17, 2011        Attorneys for Defendant Prospector
                                          Summit Fund LP