# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 11-618-GMS |
| v. | ) ) ) |
| SOWOOD ALPHA FUND LP, *et al.*, | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Philip A. Rovner, Esq., of Potter Anderson & Corroon LLP, on behalf of defendant Baxter International Inc.

                        POTTER ANDERSON & CORROON LLP

                        By: */s/ Philip A. Rovner*
                              Philip A. Rovner (#3215)
                              Hercules Plaza
                              P.O. Box 951
                              Wilmington, DE  19899
                              (302) 984-6000
                              provner@potteranderson.com

                        *Attorneys for Defendant*
                        *Baxter International Inc.*

Dated: October 19, 2011

1027760