IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>　　　　　Defendants. | C.A. No. 11-618 GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Deborah J. Newman to represent the Plaintiffs in this matter except as to claims asserted against the Defendants enumerated in the Plaintiffs' Notice of Substitution of Counsel [D.I. 76]. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $25.00 is included to cover the annual fees for the attorney listed above.

　　　　　　　　　　　　　　　　　ASHBY & GEDDES

　　　　　　　　　　　　　　　　　*/s/ F. Troupe Mickler IV*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Philip Trainer, Jr. (DE #2788)
　　　　　　　　　　　　　　　　　Andrew D. Cordo (DE #4534)
　　　　　　　　　　　　　　　　　F. Troupe Mickler IV (DE #5361)
　　　　　　　　　　　　　　　　　500 Delaware Avenue, 8th Floor
　　　　　　　　　　　　　　　　　P.O. Box 1150
　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1150
　　　　　　　　　　　　　　　　　Tel: (302) 654-1888
　　　　　　　　　　　　　　　　　Fax: (302) 654-2067

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Dated: October 21, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>   Defendants. | C.A. No. 11-618 GMS |

## ORDER

This _____ day of _____, 2011, the Court having considered the motion for the admission *pro hac vice* of Deborah J. Newman to represent the plaintiffs, Deutsche Bank Trust Company Americas, *et al.*, in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Deborah J. Newman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000

Dated: 10/18/11