IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, et al., <br><br> Defendants. | C.A. No. 11-618 GMS |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT ARGYLL RESEARCH, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Argyll Research, LLC hereby states that it has no parent corporation and there is no publicly held corporation that owns more than 10% of its stock.

SEITZ ROSS ARONSTAM & MORITZ LLP

/s/ David E. Ross
David E. Ross (DE Bar No. 5228)
Eric D. Selden (DE Bar No. 4911)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 576-1600
dross@seitzross.com
eselden@seitzross.com
* Garrett Moritz not admitted in Delaware

*Attorneys for Defendant Argyll Research, LLC*

Dated: October 21, 2011

00003361v1