IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEUTSCHE BANK TRUST COMPANY :
AMERICAS, in its capacity as successor :
indenture trustee for certain series of Senior :
Notes, *et al.*, :
                 :
           Plaintiffs, :      C.A. No. 11-618-GMS
                 :
   v. :
                 :
SOWOOD ALPHA FUND LP, *et al.*, :
                 :
           Defendants. :

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on

behalf of Defendant Christiana Care Health Services, Inc.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Vernon R. Proctor (# 1019)
E-mail: vproctor@proctorheyman.com
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Christiana Care
Health Services, Inc.

Dated: October 24, 2011