IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>Defendants. | C.A. No. 11-618-GMS |

**DEFENDANT CHRISTIANA CARE HEALTH SERVICE INC.'S<br>RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant Christiana Care Health Services, Inc. ("Christiana Care") certify that it is a non-profit corporation, which is wholly owned by Christiana Care Health System, Inc. ("CCHS"). CCHS is a non-profit corporation and has no parent corporation.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Vernon R. Proctor (# 1019)
E-mail: vproctor@proctorheyman.com
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Dated October 24, 2011

Attorneys for Defendant Christiana Care Health Services, Inc.