# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., | ) ) ) | Case No. 1:11-cv-00618-GMS |
| | ) | Hon. Gregory M. Sleet |
| Plaintiffs, | ) ) | |
| -against- | ) ) | In the United States District Court for the District of Delaware |
| SOWOOD ALPHA FUND LP, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that K&L Gates LLP and Womble Carlyle Sandridge & Rice LLP, respectfully enter their appearance as attorneys of record for Stevens Capital Management LP.

Dated:  October 24, 2011

Respectfully submitted,

Womble Carlyle Sandridge & Rice, LLP

/s/ Kevin J. Mangan

Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
kmangan@wcsr.com

-and-

Richard S. Miller, Esq.
Robert Honeywell, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Telephone:       (212) 536-3900
Facsimile:       (212) 536-3901
E-mail:  richard.miller@klgates.com
E-mail:  robert.honeywell.com

-and-

Joseph C. Wylie II
K&L Gates LLP
70 West Madison Street Suite 3100
Chicago, IL 60602
Telephone: (312)-372-1121
Facsimile: (312) 827-8000
E-mail:  Joseph.Wylie@klgates.com

*Counsel for Stevens Capital*
*Management LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically for availability for viewing and downloading from the ECF system.


/s/ Kevin J. Mangan

- 3 -