# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SOWOOD ALPHA FUND LP, et al., <br><br> Defendants. | Case No. 1:11-cv-00618-GMS <br><br> Hon. Gregory M. Sleet <br><br> In the United States District Court for the District of Delaware |

## RULE 7.1 DISCLOSURE OF CORPORATE INTEREST

Defendant Stevens Capital Management LP, by its attorneys, K&L Gates LLP and Womble Carlyle Sandridge & Rice LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated:  October 24, 2011

Respectfully submitted,

Womble Carlyle Sandridge & Rice, LLP

/s/ Kevin J. Mangan
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
kmangan@wcsr.com

-and-

Richard S. Miller, Esq.
Robert Honeywell, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Telephone:     (212) 536-3900
Facsimile:      (212) 536-3901
E-mail:  richard.miller@klgates.com
E-mail:  robert.honeywell.com


-and-

Joseph C. Wylie II
K&L Gates LLP
70 West Madison Street Suite 3100
Chicago, IL 60602
Telephone: (312)-372-1121
Facsimile: (312) 827-8000
E-mail:  Joseph.Wylie@klgates.com

*Attorneys for Stevens Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically for availability for viewing and downloading from the ECF system.

/s/ Kevin J. Mangan