## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, et al., <br><br> Defendants. | C.A. No. 11-618 GMS |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Christopher Viceconte, Esquire, of Gibbons, P.C., on behalf of Defendant, Lucent Technologies Inc. Master Pension Trust, in the above-captioned matter.

This Entry of Appearance shall not be considered to be a waiver of any rights or defenses available to Defendant, Lucent Technologies Inc. Master Pension Trust.

GIBBONS P.C.

By: /s/ Christopher Viceconte
Christopher Viceconte (DE Bar # 5568)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4875
Fax: (302) 295-4876
cviceconte@gibbonslaw.com

*Attorneys for Defendant*
*Lucent Technologies Inc. Master Pension Trust*

Dated: November 1, 2011