# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOWOOD ALPHA FUND LP, *et al.*,<br><br>    Defendants. | C.A. No. 11-618 GMS |

## NOTICE OF DISMISSAL AS TO
## MELLON BANK N.A. EMPLOYEES BENEFIT COLLECTIVE INVESTMENT PLAN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss without prejudice all claims asserted in this action only, against defendant Mellon Bank N.A. Employees Benefit Collective Investment Plan.

ASHBY & GEDDES

 */s/ F. Troupe Mickler IV*
_____
Philip Trainer, Jr. (DE #2788)
Andrew D. Cordo (DE #4534)
F. Troupe Mickler IV (DE #5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiffs*

Dated: November 15, 2011