IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 11-618-GMS |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that Stevens & Lee, P. C. and K&L Gates LLP, by counsel identified below, hereby enter their appearances in this action for Duke Energy Corporation Master Decommissioning Trust and for Duke Power Company Non-Qualified Equity Nuclear Decommissioning Trust, and request that all pleadings, papers and other items in this matter be served upon them at the addresses below:

Kiran H. Mehta
E-mail: kiran.mehta@klgates.com
John R. Gardner
E-mail: john.gardner@klgates.com
K&L Gates LLP
Hearst Tower
214 N. Tryon Street, Suite 4700
Charlotte, NC 28202

John D. Demmy
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
E-mail: jdd@stevenslee.com

Dated: November 17, 2011          STEVENS & LEE, P.C.

                                      /s/ *John D. Demmy*
         John D. Demmy (DE Bar No. 2802)
         1105 North Market Street, 7th Floor
         Wilmington, Delaware 19801
         Tel: (302) 425-3308
         Fax: (610) 371-8515
         E-mail: jdd@stevenslee.com

         -and-

         Kiran H. Mehta
         E-mail: kiran.mehta@klgates.com
         John R. Gardner
         E-mail: john.gardner@klgates.com
         K&L Gates LLP
         4350 Lassiter at North Hills Avenue, Suite 300
         Raleigh, NC 27619

         *Counsel for Duke Energy Corporation Master Decommissioning Trust and/or Duke Power Company Non-Qualified Equity Nuclear Decommissioning Trust*