IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND, LP, *et al.*,<br><br>Defendants. | C.A. No. 11-618 GMS |

**DEFENDANTS ADVISORY RESEARCH INC.'s AND S&P 500 EQUITY INDEX WEIGHTED FUND LP's RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Advisory Research, Inc. is a subsidiary of Piper Jaffray Investment Management Inc. which is a subsidiary of Piper Jaffray Companies which is a publicly traded corporation. S&P Equity Index Weighted Fund LP is a limited partnership whose general partner is Advisory Research, Inc.

Dated: December 6, 2011

DORSEY & WHITNEY (DELAWARE) LLP

  /s/ Robert W. Mallard
Eric Lopez Schnabel (DE # 3672)
Robert W. Mallard (DE #4279)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric @dorsey.com
        mallard.robert@dorsey.com

*Counsel for Defendants Advisory Research, Inc., and S&P 500 Index Equally Weighted Fund, L.P.*