IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOWOOD ALPHA FUND, LP, et al., <br><br> Defendants. | Civil A. No. 11-cv-618-GMS |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Antranig Garibian, Esquire, of Stradley Ronon Stevens & Young, LLP, on behalf of Defendant, Invesco SPG Index Trust.

Respectfully submitted,

*/s/ Antranig Garibian*
ANTRANIG GARIBIAN (DE Bar # 4962)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 576-5850
Facsimile: (302) 576-5858
Email: agaribian@stradley.com

*Attorney for Defendant,*
*Invesco SPG Index Trust*

Dated: December 8, 2011

LITIGATION # 1467905 v.1

## **CERTIFICATE OF SERVICE**

I, Antranig Garibian, hereby certify that on this 8th day of December, 2011, I caused a copy of the foregoing Entry of Appearance to be filed with the Court's ECF system which constitutes filing upon all parties.

　　　　　　　　　　　　　　　　　　*/s/ Antranig Garibian*
　　　　　　　　　　　　　　　　　　Antranig Garibian