# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOWOOD ALPHA FUND, LP, et al., <br><br> Defendants. | Civil A. No. 11-cv-618-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Keith R. Dutill, Esquire to represent Defendant, Invesco SPG Index Trust in this matter.

                                                                        */s/ Antranig Garibian*
                                                                         Antranig Garibian (Del. Id. No. 4962)
                                                                         STRADLEY RONON STEVENS & YOUNG, LLP
                                                                         300 Delaware Avenue, Suite 800
                                                                         Wilmington, DE 19801-1697
                                                                         Telephone: (302) 576-5850
                                                                         Facsimile: (302) 576-5858

*Attorney for Defendant,*
*Invesco SPG Index Trust*

Date: December 8, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                                                                                       United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_____

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

Plaintiffs,

vs.

SOWOOD ALPHA FUND, LP, et al.,

Defendants.
_____

: : : : : : : : : : : : :

Civil A. No. 11-cv-618-GMS

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

December 8, 2011

*/s/ Keith R. Dutill*
Keith R. Dutill (Pa. Id. No. 46387)
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA  19355
215-564-8000 (telephone)
215-564-8120 (facsimile)
kdutill@stradley.com
*Attorney for Defendant,*
*Invesco SPG Index Trust*

## **CERTIFICATE OF SERVICE**

I, Antranig Garibian, hereby certify that on this 8th day of December, 2011, I caused a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* of Keith R. Dutill to be filed with the Court's ECF system which constitutes filing upon all parties.

*/s/ Antranig Garibian*
Antranig Garibian

# 1445112