IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 11-618-GMS |
| v. | : : | |
| SOWOOD ALPHA FUND LP, *et al.*, | : : : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on behalf of Defendant BAE Systems Land & Armaments Inc., formerly known as United Defense LP.

PROCTOR HEYMAN LLP

/s/ Dominick T. Gattuso
Vernon R. Proctor (# 1019)
E-mail: vproctor@proctorheyman.com
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant BAE Systems Land & Armaments Inc., formerly known as United Defense LP

Dated: December 8, 2011