IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOWOOD ALPHA FUND LP, *et al.*, <br><br> Defendants. | C.A. No. 11-618-GMS |

**DEFENDANT BAE SYSTEMS LAND & ARMAMENTS INC.,
FORMERLY KNOWN AS UNITED DEFENSE LP'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant BAE Systems Land & Armaments Inc., formerly known as United Defense LP ("BAE Systems"). BAE Systems is a subsidiary of BAE Systems, Inc., which is a subsidiary of BAE Systems plc.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Vernon R. Proctor (# 1019)
E-mail: vproctor@proctorheyman.com
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant BAE Systems Land & Armaments Inc., formerly known as United Defense LP

Dated: December 8, 2011