IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOWOOD ALPHA FUND, LP, *et al.*,<br><br>Defendants. | C.A. No. 11-618 GMS |

AFFIDAVIT OF ANDREW D. CORDO REGARDING SERVICE
OF PROCESS PURSUANT TO 10 *Del. C.* § 3104 AND L.R. 4.1(b)

STATE OF DELAWARE   )
                    ) ss.
COUNTY OF NEW CASTLE )

Andrew D. Cordo having been duly sworn according to law deposes and says as follows:

1. I am a member in good standing of the bar of the Supreme Court of the State of Delaware, and am associated with the law firm Ashby & Geddes, P.A., counsel for the Plaintiffs in this matter. I submit this affidavit as proof of service upon defendants Duke Power Company Non-Qualified Equity Nuclear Decommissioning Trust, Duke Energy Corporation Master Decommissioning Trust, PCRG Fund I, LLC, PCRG Fund II, LLC, PCRG Fund III, LLC, PFPC, Inc., The Trust by Leroy K. McCune U/A DTD 05/28/1998 and Karen McCune Fleming, as Trustee of the Trust by Leroy K. McCune U/A DTD 5/28/1998.

2. Copies of the Amended Complaint and Summons were sent by express mail to the defendants at the address indicated below in order to effect service of process pursuant to 10 *Del. C.* § 3104 and L.R. 4.1(b) (each, an "express mailing").

3. On information and belief, the express mailing was delivered to defendant Duke Power Company Non-Qualified Equity Nuclear Decommissioning Trust, c/o Duke Energy Corp., 526 S. Church Street, Charlotte, NC 28202-1803, on November 7, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit A and incorporated herein by reference.

4. On information and belief, the express mailing was delivered to defendant Duke Energy Corporation Master Decommissioning Trust, c/o Duke Energy Corp., 526 S. Church Street, Charlotte, NC 28202-1803, on November 7, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit B and incorporated herein by reference.

5. On information and belief, the express mailing was delivered to defendant PCRG Fund I, LLC, c/o PCRG, Inc., Inactive Agent Account, Secretary of State, Division of Corporations, John G. Townsend Building, 401 Federal Street, Suite 4, Dover, DE 19901, on November 7, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit C and incorporated herein by reference.

6. On information and belief, the express mailing was delivered to defendant PCRG Fund II, LLC, c/o PCRG, Inc., Inactive Agent Account, Secretary of State, Division of Corporations, John G. Townsend Building, 401 Federal Street, Suite 4,

Dover, DE 19901, on November 7, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit D and incorporated herein by reference.

7. On information and belief, the express mailing was delivered to defendant PCRG Fund III, LLC, c/o PCRG, Inc., Inactive Agent Account, Secretary of State, Division of Corporations, John G. Townsend Building, 401 Federal Street, Suite 4, Dover, DE 19901, on November 7, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit E and incorporated herein by reference.

8. On information and belief, the express mailing was delivered to defendant PFPC, Inc., c/o Corporate Headquarters BNY Mellon, One Wall Street, New York, NY 10286, on November 7, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit F and incorporated herein by reference.

9. On information and belief, the express mailing was delivered to defendant The Trust by Leroy K. McCune U/A DTD 05/28/1998 c/o Karen McCune Fleming, as Trustee of the Trust by Leroy K. McCune U/A DTD 5/28/1998, 1408 Southhampton Ct., Franklin, TN 37064-5365, on November 8, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit G and incorporated herein by reference.

10. On information and belief, the express mailing was delivered to defendant Karen McCune Fleming, as Trustee of the Trust by Leroy K. McCune U/A DTD 5/28/1998, 1408 Southhampton Ct., Franklin, TN 37064-5365, on November 8, 2011. A true and correct copy of the summons and proof of delivery is attached hereto as Exhibit H and incorporated herein by reference.

11. The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Andrew D. Cordo (#4534)
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

SWORN TO AND SUBSCRIBED before me this 16th day of December, 2011.

_____
Notary Public



{00584620;v1}