**Transferred case has been opened**
NYSD_ECF_Pool  to: InterDistrictTransfer_DED                    01/04/2012 11:40 AM

CASE: 1:11-cv-00618

DETAILS: Case transferred from Delaware
has been opened in Southern District of New York
as case 1:11-cv-09586, filed 12/28/2011.